1
2
3
4
5
6
7

**FILED**
CLERK, U.S. DISTRICT COURT

FEB 2 5 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,     )    Case No. _CR02-607-ODW_
                                  )
12                  Plaintiff,    )    ORDER OF DETENTION AFTER HEARING
                                  )       (Fed.R.Crim.P. 32.1(a)(6)
13           v.                   )        18 U.S.C. § 3143(a)
                                  )    · Allegations of Violations of
14  _Carlo Dion McIntosh_         )       Probation/Supervised Release
                                  )             Conditions)
15                  Defendant.    )
                                  )
16  _____

17       On arrest warrant issued by the United States District Court for

18  the _C. D. of Cal._ _____ involving alleged violations of

    conditions of probation/supervised release:
19
20       1.    The court finds that no condition or combination of

              conditions will reasonably assure:
21
22            A.    (  ⫐ the appearance of defendant as required; and/or

23            B.    (  ⫐ the safety of any person or the community.

24  ///
    ///
25  ///
26  ///
27  ///

28

2.  The Court concludes:

    A.  (  ✓ Defendant has failed to demonstrate by clear and
        convincing evidence that he is not likely to pose
        a risk to the safety of any other persons or the
        community.  Defendant poses a risk to the safety
        of other persons or the community based on:
        _See PSA report_____

    B.  (  ✓ Defendant has failed to demonstrate by clear and
        convincing evidence that he is not likely to flee
        if released.  Defendant poses a flight risk based
        on:  _See PSA report_____

IT IS ORDERED that defendant be detained.

DATED:  _2-25-14_____

_____/_____
United States Magistrate Judge

2